IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VINCE A. SCHAFFER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's oral request for hearing on Rule 35(b) motion. Having considered the matter,

IT IS ORDERED that:

(1) The government's oral request for hearing on Rule 35(b) motion is granted;

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 45) has been set before the undersigned United States district judge at 1:00 p.m., Wednesday, August 23, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. **The United States Marshal is directed to return the defendant to the district for the hearing.**

August 23, 2005.	BY THE COURT:

	s/ *Richard G. Kopf*
	United States District Judge