IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VINCE A. SCHAFFER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's oral request for hearing on Rule 35(b) motion.  Having considered the matter,

IT IS ORDERED that:

(1)   The government's oral request for hearing on Rule 35(b) motion is granted;

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 45) has been set before the undersigned United States district judge at 1:00 p.m., Wednesday, **August 24**, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

August 23, 2005.                           BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge